# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hemayeth Karim,<br><br>    Plaintiff,<br><br>v.<br><br>American Airlines Incorporated, et al.,<br><br>    Defendants. | No. CV-18-03185-PHX-JGZ (EJM)<br><br>**ORDER** |

Before the Court is Magistrate Judge Markovich's Report and Recommendation (R&R) recommending that the District Court grant Defendants' Motion for Summary Judgment. Plaintiff has not filed an objection.

When reviewing a Magistrate Judge's Report and Recommendation, this Court "shall make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991) (*citing Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979) (citing *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974)). Having reviewed the record in this case, the Court will adopt Magistrate Judge Markovich's recommendation.

*See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

IT IS ORDERED that Judge Markovich's R&R (Doc. 35) is ADOPTED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. 21) is GRANTED. The Clerk of the Court is directed to enter judgment and close the file in this action.

Dated this 26th day of September, 2019.

*[signature]*
Honorable Jennifer G. Zipps
United States District Judge